**FILED**

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0054

DA 20-0054
## IN THE SUPREME COURT OF THE STATE OF MONTANA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EDWARD TOMSU,

Plaintiff/Appellant,

v.

UNIVERSITY OF MONTANA; JOHN
DOES 1-10; and ABC CORPORATIONS
1-10,

Defendant/Appellee.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
## ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE ANSWER BRIEF
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pursuant to Rules 16 and 26(1), M.R.App.P., and upon the University of

Montana's Unopposed Motion for Extension of Time to File Answer Brief, this

Court hereby grants the University of Montana a 30-day extension of time up to

and including August 18, 2020, to file its Answer Brief.

c:     Courtney Cosgrove
       JR Casillas/Matthew A. McKeon

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 1 2020